**IN THE UNITED STATES EASTERN DISTRICT COURT**
**OF NEW YORK**


Melissa Pino Nino, and

Zeferina Morales Villamar.

    Petitioners,

v.

Kristi Noem, in her capacity as Secretary
for the United States Department of
Homeland Security;

Joseph E. Edlow, in his official
capacity as Director, U.S. Citizenship and
Immigration Services,

Pamela Bondi, in her official capacity as
the Attorney General of the United States

    Defendants.

Case No. 1:26-cv-792

**MOTION TO VOLUNTARY
DISMISS COMPLAINT**

---

### PETITIONER'S MOTION TO VOLUNTARY DISMISS
### COMPLAINT

  NOW INTO COURT, through undersigned counsel, comes Petitioner, who respectfully moves this Honorable Court to dismiss the above captioned matter without prejudice. Respondent's counsel has indicated they have no opposition to this motion.

Dated: New York NY
   May 18, 2026


/s/ Paul Grotas
_____
Paul B. Grotas, Esq

Application Granted
SO ORDERED
Brooklyn, New York
Dated: 05/19/2026 _____

/s/ Eric N. Vitaliano

Eric N. Vitaliano
United States District Judge

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 18, 2026, I presented the foregoing to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following: counsel for the Respondents

<u>/s/ Paul Grotas</u>

Attorney for Petitioner

**IN THE UNITED STATES EASTERN DISTRICT COURT
OF NEW YORK**

Melissa Pino Nino, and

Zeferina Morales Villamar.

                Petitioners,

v.

Kristi Noem, in her capacity as Secretary
for the United States Department of
Homeland Security;

Joseph E. Edlow, in his official
capacity as Director, U.S. Citizenship and
Immigration Services,

Pamela Bondi, in her official capacity as
the Attorney General of the United States

                Defendants.

Case No. 1:26-cv-792

**MOTION TO WITHDRAW AS
COUNSEL**

       **PLEASE TAKE NOTICE** that in the United States Courthouse, United States

Courthouse at 225 Cadman Plaza E, Brooklyn, NY 11201, United States, at a time and date to be

set by the Court, the undersigned shall make a motion to Voluntary Dismiss Complaint. In

support thereof, Petitioner will rely on the attached Declaration of Paul B. Grotas. Opposing

counsel does not object to the instant motion.

       A proposed Order accompanies this Motion

Dated: New York NY
       May 18, 2026

/s/ Paul Grotas

_____

Paul B. Grotas, Esq

**IN THE UNITED STATES EASTERN DISTRICT COURT**

**OF NEW YORK**

Melissa Pino Nino, and

Zeferina Morales Villamar.

     Petitioners,

v.

Kristi Noem, in her capacity as Secretary
for the United States Department of
Homeland Security;

Joseph E. Edlow, in his official
capacity as Director, U.S. Citizenship and
Immigration Services,

Pamela Bondi, in her official capacity as
the Attorney General of the United States

     Defendants.

_____

Case No. 1:26-cv-792

**MOTION TO WITHDRAW AS
COUNSEL**

## <u>PROPOSED ORDER TO ALLOW COUNSEL TO VOLUNTARY DIMISS COMPLAINT</u>

  **IT IS HEREBY ORDERED** that Plaintiffs' Motion for Voluntary Dismissal of the

Complaint is GRANTED, and the above-captioned action is hereby dismissed.

  **IT IS SO ORDERED**

DATED:  May 18, 2026
New York, New York

        _____

        Honorable
        United States District Judge